IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 03-cv-00824-MSK-CBS

KAREN A. ROULETTE,

    Plaintiff,

v.

DEPARTMENT OF LABOR,
EMPLOYMENT STANDARDS ADMINISTRATION,
OFFICE OF WORKERS COMPENSATION PROGRAM, MANAGERS,
UNITED STATES OF AMERICA,

    Defendants.

## ORDER VACATING TRIAL DATE AND SETTING HEARING

**THIS MATTER** comes before the Court *sua sponte*. The trial in this matter is currently set in a second position setting to begin August 14, 2006. It appears likely that the trial set in a first position setting will proceed. Therefore,

**IT IS ORDERED** that the trial currently set to begin **August 14, 2006 is VACATED.** A Law and Motion Hearing is set for **August 11, 2006 at 9:00 a.m.** to address resetting the trial. Counsel shall *bring their calendars.*

Dated this 1st day of August, 2006.

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge