IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 03-cv-00824-MSK-CBS

KAREN A. ROULETTE,

    Plaintiff,

v.

DEPARTMENT OF LABOR,
EMPLOYMENT STANDARDS ADMINISTRATION,
OFFICE OF WORKERS COMPENSATION PROGRAM, MANAGERS,
UNITED STATES OF AMERICA,

    Defendants.

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR

THIS MATTER comes before the Court *sua sponte*.  It appears from a review of this Court's docket that a multi-defendant criminal trial will occur on the week this matter is set for trial.  Accordingly,

**IT IS ORDERED** that this matter is set for a non-evidentiary hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **Thursday, November 15, 2007,** at **1:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, 9th Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  Counsel shall *bring their calendars* and be prepared to reset the January 8, 2008, trial date to a date and time in December, 2007.

Counsel may appear at this hearing by telephone.  To appear telephonically, counsel and any *pro se* parties shall contact the Courtroom Deputy, Patricia Glover, at **303-335-2185** no later

than two court days before the hearing to make arrangements.

DATED this 7th day of November, 2007.

                                           **BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge